IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELE L. BERNARD,**

    **Plaintiff,**

    vs.                                                   CIV NO. 1:23-cv-00033-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 22) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until September 6, 2023, to file a response, and Plaintiff shall have until September 20, 2023, to file a reply.

                                                  _____
                                                  HONORABLE KEVIN R. SWEAZEA
                                                  United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
ANNALIES VAN DER VALK
Special Assistant United States Attorney

*Electronically approved*
KARL OSTERHOUT
Attorney for Plaintiff