IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELE L. B.,**

    **Plaintiff,**

**v.**                                                         No. 1:23-cv-33 KRS
**MARTIN O'MALLEY,**[1] **Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having denied Plaintiff's Motion for Reversal and Remand for further Proceedings (Doc. 17) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

                                                                */s/ Kevin Sweazea*
                                                                **KEVIN R. SWEAZEA**
                                                                **UNITED STATES MAGISTRATE JUDGE**

---

[1] Martin O'Malley became the Acting Commissioner of the Social Security Administration on December 20, 2023, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).